# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:99CR139 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **(4) MUSTAPHA MANJANG** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it relates to **(4) MUSTAPHA MANJANG** only) in the above-captioned case without prejudice.

Signed: July 21, 2011

Richard L. Voorhees
United States District Judge